Cecil COHEN, Appellant,

v.

The STATE of Texas, Appellee.

No. 41332.

Court of Criminal Appeals of Texas.

June 5, 1968.

Charles A. Easterling, Houston, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

DICE, Judge.

The conviction is under Art. 1265, P.C., for the offense of seriously threatening to take human life; the punishment, a fine of $125.

The record on appeal does not contain a sentence pronounced by the court, as provided by Art. 40.09–1, C.C.P. of 1965.

Under the provisions of the Code, it was the duty of the trial court to pronounce sentence upon the judgment rendered in the cause. See: Arts. 42.02, 42.03, 42.04, C.C.P.; Rivera v. State, Tex.Cr.App., 403 S.W.2d 130; Clemons v. State, Tex.Cr. App., 414 S.W.2d 940.

In the absence of a sentence, this court is without jurisdiction of the appeal.

The appeal is dismissed.